IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JUSTIN LEE WILLIAMS,

    Plaintiff,

v.                                Case No. 1:18cv230-MW/GRJ

SHERIFF SADIE DARNELL,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion to Dismiss, ECF No. 32, is **GRANTED**, and Plaintiff's First Amended Complaint, ECF No. 17, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on June 24, 2019.**

                                          s/Mark E. Walker            
                                          **Chief United States District Judge**